THE STATE, JOHN ILIFF, PROSECUTOR, PLAINTIFF IN
    ERROR, v. HENRY A. BANGHART, DEFENDANT IN
    ERROR.

On error to the Supreme Court.   For the opinion of the
Supreme Court, see 31 *Vroom* 400.

For the plaintiff in error, *Joseph M. Roseberry.*

For the defendant in error, *George M. Shipman.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the
reasons given by that court.

COLLINS, J. (dissenting).   A discharge was refused to an
insolvent debtor by the Warren Pleas because the judge
found that the debtor had made a certain chattel mortgage
with intent to hinder his creditors.   No facts showing fraud
were certified, and the judge says that he declined to pass
upon the consideration of the mortgage.   The Supreme Court
rests its affirmance of the Pleas upon the fifteenth section of
the Insolvent Debtor act, which provides that a discharge
shall be refused if it appears that a mortgage has been made
by the debtor with intent to defraud his creditors.   No adju-
dication of such an intent having been made, and no facts to
establish it having been certified, the judges who in this
court vote to reverse have seen no justification for the refusal
of a discharge.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
DEPUE, DIXON, LUDLOW, VAN SYCKEL, ADAMS, BOGERT,
KRUEGER, NIXON.   10.

*For reversal* — COLLINS, LIPPINCOTT, HENDRICKSON,
VREDENBURGH.   4.